**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-7235**

———————————

UNITED STATES OF AMERICA,

                             Plaintiff - Appellee,

      versus

MATHEW ARCHIE, a/k/a Matthew Archie,

                             Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  G. Ross Anderson, Jr., District Judge.  (CR-98-1184)

———————————

Submitted:  March 23, 2001          Decided:  March 30, 2001

———————————

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Mathew Archie, Appellant Pro Se.  Harold Watson Gowdy, III, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mathew Archie appeals the district court's orders denying his motions for release of documents related to his criminal conviction. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Archie</u>, No. CR-98-1184 (D.S.C. Aug. 2, 2000; filed July 17, 2000; entered July 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>